IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fisher, Baron L | Case Number:  08 B 04365 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  2/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Tidewater Credit Services | Secured | 20,000.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 19,383.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 1,461.52 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 45.25 | 0.00 |
| 6. | CitiFinancial | Unsecured | 625.92 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 69.74 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 195.65 | 0.00 |
| 9. | Tidewater Credit Services | Unsecured | 280.33 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 429.66 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 82.06 | 0.00 |
| 12. | Paragon Way Inc | Unsecured | 118.71 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 89.76 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 85.64 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 65.25 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 88.60 | 0.00 |
| 17. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 18. | Bank Of America | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 23. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 24. | Pathology Assoc Of Chicago | Unsecured | | No Claim Filed |
| 25. | Saint Margaret Mercy Healthcare Centers | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Fisher, Baron L

Printed:  9/3/08

Case Number:  08 B 04365
Judge:  Wedoff, Eugene R
Filed:  2/26/08

| 26. | Virginia Department Of Motor Vehicle | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 43,021.09 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____